**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

STACEY FIORE,

        Plaintiff,

                                          Case No. 0:10-cv-61084-WPD

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

      Defendant, NCO Financial Systems, Inc. ("NCO"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                              Respectfully submitted,

                                              /s/Kenneth C. Grace
                                              Kenneth C. Grace, Esq.
                                              Florida Bar No.: 0658464
                                              Sessions, Fishman, Nathan & Israel, L.L.C.
                                              3350 Buschwood Park Drive, Suite 195
                                              Tampa, FL 33618
                                              Tele:  (813) 890-2463; Fax: (866) 466-3140
                                              kgrace@sessions-law.biz
                                              *Counsel for Defendant,*
                                              *NCO Financial Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August 2010 a copy of the foregoing was served electronically via CM/ECF on the following:

Andrew I. Glenn
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020

/s/Kenneth C. Grace
Attorney

\\sfnfs02\prolawdocs\6947\6947-26086\Fiore, Stacey (Federal Case)\161958.doc