UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61084-CIV-DIMITROULEAS

STACY FIORE,

    Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 9], filed on August 18, 2010.  The Court has carefully considered the Stipulation and the record, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The parties' Joint Stipulation for Dismissal with Prejudice [DE 9] is hereby **APPROVED**;

2.  The above-styled case is hereby **DISMISSED with prejudice**;

3.  The Clerk shall close this case;

4.  All pending motions are hereby **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 19th day of August, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record